# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

JAMES KENT LENAHAN

Case Number: 2:02-cr-57-FtM-29DNF

USM Number: 33485-018

Russell Rosenthal, AFPD
1514 Broadway, Suite 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) One and Two of the term of supervision. The Court found defendant guilty to violation charge number Three. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Reckless Driving, occurring on March 28, 2008 while on supervision in violation of the conditions of supervision | March 28, 2008 |
| Two | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | April 4, 2008 |
| Three | New criminal conduct, Possession of a Firearm by a Convicted Felon, occurring on June 2, 2008 | June 2, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/15/2008

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

October 16, 2008

JAMES KENT LENAHAN  Page 2 of 3
2:02-cr-57-FtM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 Months**.

The Court recommends to the Bureau of Prisons:

1. Participation in any available drug and alcohol counseling treatment programs.
2. Incarceration as close to the Fort Myers, FL area as possible.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE

No further supervision is imposed.

AO 245B (Rev. 6/05) Judgment in a Criminal Case